AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

CV222 123

Gregory Danté Hood
_____
Petitioner

v.

Case No. _____
(Supplied by Clerk of Court)

Liberty Co. Sheriff William Bowman
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Gregory Dante Hood
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Wayne County Detention Center
   (b) Address: 1892 South Macon Street, Jesup GA 31545
   (c) Your identification number: 17023

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: _____
     (b) Docket number of criminal case: _____
     (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Liberty County Superior Court, 201 South Main Street, Suite 1200  Hinesville, Georgia 31313

   (b) Docket number, case number, or opinion number: CASE NO. 2022-PR-250-GC

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Continued illegal detention. O.C.G.A. 17-4-26. Duty to Bring Persons Arrested Before Judicial officer within 72 Hours; Notice to Accused of Time and Place of Commitment Hearing; Effect of failure to Notify. No notice has been issued nor have I been granted a Com. Hearing.

   (d) Date of the decision or action: Ongoing issue

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes         ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Wayne Co. Detention Center

   (2) Date of filing: May 27, 2022

   (3) Docket number, case number, or opinion number: Case No. 2022-PR-250-GC

   (4) Result: Wayne Co. Only housing me for Liberty Co. grievance denied

   (5) Date of result: Jun 10, 2022

   (6) Issues raised: Illegal detention, no commitment hearing, no jurisdiction. Effect of failure to notify.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☑ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Liberty County Superior Court
   (2) Date of filing: 8-10-2022
   (3) Docket number, case number, or opinion number: CASE NO. 2022-PR-250-GC
   (4) Result: No Result.
   (5) Date of result: 8-10-2022
   (6) Issues raised: I explained in open court that I had not been granted a commitment Hearing since my initial request at first appearance on May 7th 2022 before a Liberty County Magistrate Court. This request was recorded by the Magistrate on the First Apperance Record and the Notification of Commitment E-filed to the Liberty County Clerk of Courts on behalf of the Liberty County Magistrate Judge. O.C.G.A. 17-4-26 requires the release of the person who is not notified before the hearing.
(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☑ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Liberty County Superior Court/ Clerk of Courts.
   (2) Date of filing: 9-14-2022
   (3) Docket number, case number, or opinion number: Case No. 2022-PR-250-GC
   (4) Result: Clerk Stamp filed copy of Letter, forwared to Attorney P.D. Brandon Clerk
   (5) Date of result: 9-14-2022
   (6) Issues raised: Requested Commitment Hearing May 7 2022 to no avail. Seeking redress of grievance and relief from denial of due process and equal protection of laws according the 14th Amendment US Constitution and Georgia Constitution. No notices given

for time and place of any court proceedings, no certificate of services, No probable cause has been shown for continued detention, no commitment Hearing granted, no notification of counsel. To show Cause for deprivations of rights, privileges and immunities.

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes   ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes   ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:   N/A

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes   ☑ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:   N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** According to O.C.G.A. 17-4-26. An offender who is not afforded a commitment hearing receives no notice of the time and place thereof. Hence the provision requiring release applies equally to one who receives no advance notice of time and place. I meet this requirement have not be indicted nor convicted.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Requested a commitment Hearing at First Apperance, Magistrate E-filed notice of first Apperance record and notification of Commitment Hearing Request to the Clerk of Courts of Liberty County. Magistrate stated "On average it takes about 10 days to receive a Commitment Hearing", however as of today 11-2-2022 I have received no notices of a time and place nor have I been granted a commitment Hearing, nor have I been released.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** August 10, 2022 In THE Superior Court of Liberty Co. on record it was stated I had been detained over 90 days without a commitment Hearing. Effective failure to Notify Arrested person in advance of time and place. A lack of Jurisdiction by Liberty Co. Superior Court

(a) Supporting facts (Be brief. Do not cite cases or law.):

It was stated in open court I had been detained over 90 days without a Commitment Hearing. Judge inquired, D.A. replied their witness was in court. Judge asked deputy Clerk "don't we use subpoenas anymore", deputy Clerk replied "I forgot your Honor". D.A. replied "can the Hearing be continued until September 2022", Judge replied "Why everyone is here except your witness, and August 15, 2022 would be the date for Hearing and they Better be there". August 15, 2022 no hearing, no notice of continuance.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND THREE:** September 12, 2022 wrote to the Clerk of Courts/Judge Chenney for a redress or grievance seeking relief from the denial of due process and equal protection of laws under the 14th Amendment, denial of access to the courts, denial of Commitment Hearing, failure to show proable Cause for detention, failure to notify.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Letter from Clerk of Courts received stating my letter was received and forwared to Brandon Clark. Judge D. Jay Stewart Judge, Superior Court of Liberty County Atlantic Judicial Circuit responded from letter I sent not addressing any of the grievances I raised for redress.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND FOUR:** Exhausted grievance procedure at Wayne County Detention Center. I am being housed at Wayne County Detention Center on behalf of Liberty County for unknown reasons. Wayne County held me incommunicado for 19 days with no outside contact. No access to courts.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Filed multiple grievances challenging my illegal detention, no access to phones, to lawyers, nor family, nor the Courts. I was held in Wayne Co. Jail from May 6th - May 25, 2022 without phone calls or any outside contact. Hinesville, GA Police Department then transported me back to Liberty Co. Jail to begain the Booking process and phone calls and call to lawyer office (Public Defender) and P.D. Application. All grievances were denied stating "Wayne Co. Jail only housing me for Liberty Co.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have not been indicted, I have not plead guilty, nor have I been convicted at trial. I have never appeared voluntary in The Liberty Co. Superior Court allowing them the authority to exercise Jurisdiction nor have I received any notices as of today.

**Request for Relief**

15. State exactly what you want the court to do: I pray to be immediately released from Custody, I pray for a dismissal of charges with prejudice, and any other relief the court my deem acceptable on my behalf.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

11-2-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-2-2022

Gregory Herod

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

IN THE MAGISTRATE COURT OF LIBERTY COUNTY   COPY
STATE OF GEORGIA

\*

| | | |
|---|---|---|
| STATE OF GEORGIA | \* | WARRANT NO.   W22-693-C, W22-695-C, W22-6 |
| VS | \* | |
| **HOOD, GREGORY DANTE** | \* | |
| **DEFENDANT** | | |

### FIRST APPEARANCE RECORD

You have been brought before me for the purpose of advising you of the charges against you, of your rights under the law and to allow me to determine if a bond should be issued for your release from jail and if so, the amount of bond.

I advise you that this hearing is not for the purpose of determining your guilt or innocence.
You are arrested pursuant to a warrant issued in Liberty County, Georgia and you are charged with committing the following crimes or offenses:

16-5-21(a)(2) - AGGRAVATED ASSAULT - OBJECT,DEVICE OR INSTRUMENT,
16-11-106(b) - POSSESSION OF FIREARM OR KNIFE DURING COMMISSION OF OR ATTEMPT TO COMMIT CERTAIN FELONIES,
16-5-102(a) - PERSONS WHO EXPLOIT/INFLICTS PAIN/DEPRIVE ESSENTIAL SERVICES TO DISABLED PERSON, ELDER PERSON OR RESIDENT (F),

---

To be certain that you understand your rights under the law, I will advise you of these rights and explain to you anything that you do not understand.

1. Can you hear and understand my questions? Answer _YES_

2. Are you presently under the influence of drugs or alcohol? Answer _NO_

I advise you that you have the right to remain silent, that is, you do not have to answer any questions asked you by the police concerning the crime or crimes with which you have been charged. If you choose to make a statement, anything you say can and will be used against you at any trial or other proceedings.

I advise you that you have the right to the presence of an attorney. If you cannot afford to hire or retain an attorney, one will be appointed to advise and represent you.

3. Can you afford to hire or retain an attorney? Answer _NO_

4. Requests the services of a PUBLIC DEFENDER ☒

You have the right to a hearing before the Court to determine whether there is sufficient reason to suspect that you are guilty of the crime or crimes charged, to require you to appear and answer before the Court competent to try you. This hearing is called a Commitment Hearing.

If you choose to exercise your right to a commitment hearing, this court will notify the Clerk of Superior Court in writing of your wish for a Commitment Hearing. The Clerk of Superior Court will schedule a hearing on the next regular schedule non-jury hearing day.

5. Do you wish to have a Commitment Hearing? Answer _YES_

Exhibit A



IN THE MAGISTRATE COURT OF LIBERTY COUNTY
STATE OF GEORGIA

STATE OF GEORGIA                                 \*    WARRANT NO. W22-693-C, W22-695-C,

VS                                            W22-694-C

                                               \*

**HOOD, GREGORY DANTE**                 \*
**DEFENDANT**

## NOTIFICATION OF COMMITMENT HEARING

The above name Defendant having appeared before the Magistrate Court of Liberty County for the purpose of First Appearance, the Court notifies the Clerk of Liberty County Superior Court of his wish to have a Commitment Hearing.

The named Defendant was arrested on ___5/6/2022___, and he/she is charged with: 16-5-21(a)(2) - AGGRAVATED ASSAULT - OBJECT, DEVICE OR INSTRUMENT, 16-11-106(b) - POSSESSION OF FIREARM OR KNIFE DURING COMMISSION OF OR ATTEMPT TO COMMIT CERTAIN FELONIES,

This 7th day of May 2022.

                                                Judge. Magistrate Court, Liberty County

Exhibit B

# GRIEVANCE

Inmate's Name: Gregory Hood        Date: 5-27-2022

Grievance Number: _____

Complaint: Violation of federal & State due process

Other Persons Involved:                Witnesses:

WCSO officials                         Gregory Hood
                                       E. Housing Unit @ WCSO
                                       Liberty Co. Public Defender Office
                                       Certain WCSO officials

Narrative of Incident:

Resident Gregory Hood is in fear of his life because of Wayne County Sheriff Officials i.e. Certain Jail staff and Administration. The continued illegal and oppressive measures on behalf of WCSO has caused Resident Gregory Hood to be denied due process i.e. access to the courts, illegal confinement, illegal lockdown, falsified disciplinary reports, denied access to mental & physical health services → see attachment

Date of Occurance: ongoing issue   Approximate Time: _____

Gregory Hood                           Date: 5-27-2022
Inmate's Signature

[signature]                            Date: 5/27/22
Officer's Signature

Exhibit C

Resident Name: Gregory Hood        Date: 5-27-2022
Grievance Number: _____
Complaint: Violation of Federal & State due process
Attachment continued from first page.

continued → denied proper daily meal intake diet according to Federal & State regulations. Resident Gregory Hood ask that proper injunctions be put into place to prevent further illegal and oppressive tactics on behalf of WCSO, protection to prevent any and all future retaliation against Resident Gregory Hood, every staff members of the Wayne County Sheriff Office who has taken part in these illegal practices be fired immediately as a violation of the oath they were sworn in on behalf of Wayne County Sheriff Office and due process laws. I ask that the proper Federal & State officials be notified immediately for a complete and thorough Internal Investigation into the Wayne County Sheriff Office. I ask that this grievance be kept on file according to Federal & State retention policy for further legal reliefs sought through means of due process i.e. Federal & State courts. Resident Gregory Hood also request an certified copy of Resident Gregory Hood Affidavit of Custodian reflecting total amount of days incarcerated while in custody of the Wayne County Sheriff Office.

Gregory Hood  5-27-2022
Inmate Signature

Exhibit D



# LINDA DIXON THOMPSON
## CLERK

Liberty Superior Court, State Court, Juvenile Court and Magistrate Court
**Liberty County Justice Center**
201 South Main Street, Suite 1200 • Hinesville, Georgia 31313
Telephone: (912) 876-3625 • Facsimile: (912) 369-5463 • Email: clerk@libertycountyga.com • Internet: www.libertyco.com

September 14, 2022

Gregory Hood
Wayne County Detention Center
1892 S Macon Street
Jesup, Ga 31545

Dear Mr. Hood,

Reference: Liberty County Case 2022 PR 250

Enclosed please find a file stamped copy of your letter received in our office September 14, 2022. This has been forwarded to your attorney of record. Please consult your attorney of record, Brandon Clark, Public Defender, 201 S Main Street Ste 2400, Hinesville, Georgia 31313.

Sincerely,

JaLynn Mannisi, Deputy Clerk
Liberty County Superior Court Criminal

Enclosures

Exhibit E

Greeting in the best of care. My name is Gregory Hood and I am writing this missive for a redress of grievance, seeking relief from the denial of due process and equal protection of laws under the fourteenth Amendment to the U.S. Constitution. I appeared before a Liberty County Magistrate Court on May 7, 2022 where I requested a commitment hearing for the charges the court bound over to the Superior Court 1) 16-5-21(a)(2) Agg Assault Object, Device or instrument and 16-11-106(b). As of today the District Attorney's office of the Atlantic Judicial Court Circuit has not shown probable cause for my current detention, has not produced a witness, nor have I been granted a commitment hearing by the Superior Court of Liberty County. I have not been notified in writing by the Liberty County Clerk's Office in writing the time and date's of Any court proceedings, appointment of counsel, nor certificate of services for any and all motions filed pertaining to my case. These deprivations of rights, privileges or immunities secured by the due process clause and equal protection clause of the fourteenth Amendment of the U.S. Constitution are injurious, cruel and unusual punishment. I ask that you redress my grievances. Respectfully Submitted, Gregory Hood / Gregory Hood

Exhibit F

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
LIBERTY COUNTY, GEORGIA
**SUPR2022000250**
GC
SEP 16, 2022 12:03 PM

Linda Dixon Thompson, Clerk
Liberty County, Georgia

## IN THE SUPERIOR COURT OF LIBERTY COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA, | § |
| | § |
| v. | §   CASE NO. 2022-PR-250-GC |
| | § |
| GREGORY HOOD, | § |
| | § |
| Defendant. | § |

### ORDER

Pending before the Court is Defendant's Request for a probable cause hearing. A review of the record shows that Defendant is represented by the Office of the Public Defender. Neither the Sixth Amendment of the United States Constitution nor the Georgia Constitution affords a criminal defendant the hybrid right to simultaneously represent himself and to be represented by counsel. Dos Santos v. State, 307 Ga. 151, 834 S.E.2d 733 (2019). For this reason, a pro se motion while represented by counsel is unauthorized and without legal effect. Id. The Defendant's request is therefore **DISMISSED**. Id.

The Clerk of Court is hereby directed to provide a copy of this Order to the Office of the District Attorney, the Office of the Public Defender and the Defendant. The Office of the Public Defender may request that the matter may be added to one of the Court's upcoming non-jury calendars for a probable cause hearing.

SO ORDERED, this __16th__ day of September 2022.

HON. D. JAY STEWART
Judge, Superior Court of Liberty County
Atlantic Judicial Circuit

Exhibit G

11-2-2022

Gregory Hood
Wayne County Dention Center
1892 South Macon Street
Jesup, GA 31545

Reference: Filing Fee

To whom this may concern,

I Gregory Hood am writing to inform the courts that Wayne County Detention Center refused to release a $5.00 US currency check from my account that I may meet the requirement by 28 U.S.C. § 1914(a) Nor will the Wayne County Detention Center grant me any copies of my records to file in forma pauperis, reason given I am only being housed for Liberty County. I ask that I may be able to proceed in forma pauperis.

### Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.
Date: 11-2-2022

*Gregory Hood*
Signature of Petitioner

Gregory Hood
Wayne County Detention Center
1192 South Macon St.
Jesup, GA 31545

Georgia Public Defender Standards Council
104 Marietta Street Suite 200
Atlanta, GA 30303

Exhibit H

August 30, 2022

To whom this may concern,

Greetings in the best of care. My name is Gregory Hood and I am currently in pretrial detention, being housed at the Wright County Detention Center on behalf of Liberty County Sheriff Office. My concern is the current Public Defender, Mr Brian Clark of the Liberty County Public Defenders Office located in Hinesville, GA 31313. I have been incarcerated since May 6, 2022 and have not been to a commitment hearing, which was requested on May 7, 2022 at first appearance. Mr Clark has not come to see me at Wright Co. Detention Center to discuss critical issues pertaining to my liberty. These are direct violations of due process and equal protection granted by US Constitution. I ask for a full investigation into these matters.

FIRST-CLASS

US POSTAGE
ZIP 31546
02 7H
0001242322

Gregory Hood
Wayne County Detention Center
1392 South Macon Street
Jesup, GA

RECEIVED
U.S. Marshals Service
Savannah, Georgia

United States District Courts
P.O. Box 8286
Savannah, GA 31412