# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GREGORY DANTE HOOD, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-123 |
| v. | * | |
| SHERIFF WILLIAM BOWMAN, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Gregory Hood ("Hood") did not file Objections to the Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **DISMISSES without prejudice** Hood's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failing to exhaust his available state remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Hood *in*

*forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this __23__ day of __May__, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)